AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-MJ-01206 | Date and time warrant executed: 3/27/2019  6:00 A.M. | Copy of warrant and inventory left with: Residence |
| Inventory made in the presence of: A. Lawiny, Postal Inspector | | |

Inventory of the property taken and name of any person(s) seized:

(See attached inventory form)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/29/2019

*James Keenan*
Executing officer's signature

James Keenan, U.S. Postal Inspector
Printed name and title

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Angel Adrenzen  Date: 3/27/19
Subject Address: 5525 Canoga Ave Woodland Hills California 91367  Floor/Room No. 301
Inspector(s): A. Lawing  Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 Env | A. Adrienzen Fedex Letter 90596409, Card Refund Docs. |
| 1 Box | 4 Ingles/Espanol DVDs, English/Spanish Dictionary DVD's, 3 DVD Tubes Libros Virtuals |
| 1 Env | 8 checkbooks (AAD) Mail matter, Business Docs, Receipts |
| 1 Env | Tax Documents |
| vehicle 1 Bag | (2) Translator (2) Dos cursos Gratis DVDS, (4) Ingles en Espanol Books posters, Pamphlets |
| vehicle 1 Env | FedEx COD Labels, Bank Docs |
| 1 Env | 14 Fedex Express Envelopes |
| 1 | Apple MacBook Pro #C0259RHQFVH3 |
| 1 | Sony Vaio #275234333004333 |
| 1 | Apple MacBook #C02G95KWDRJC |
| 1 | My Book Studio Edition II #WU2Q10185152 |
| 1 | Lexar 32GB thumb Drive #338583255A |
| 1 | Samsung T310 SN# RF2DB2FMPWV |
| 1 | USPIS HDD w/ Images from SW |
| 1 | USPIS HDD w/ Images from SW |

AL  AL  AL  AL

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages

PS Form 8164, October 1993